B14070068

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 14-25112 |
| Maciej Kwiek; Edyta Kwiek; | CHAPTER 13 |
| | JUDGE Pamela S. Hollis |

## OBJECTION TO CONFIRMATION OF PLAN DATED JULY 8, 2014

Wells Fargo Bank, N.A., by and through its attorneys, objects to the confirmation of the Chapter 13 plan for the following reasons:

1. This Court has jurisdiction pursuant to 28 U.S.C. Section 1334 and the general orders of the Northern District of Illinois.

2. Venue is fixed in this Court pursuant to 28 U.S.C. Section 1409.

3. This matter constitutes a core proceeding pursuant to 28 U.S.C. Section 157(b)(2)(L).

4. The debtor(s) filed a petition for relief under Chapter 13 on July 8, 2014.

5. Wells Fargo Bank, N.A. holds a mortgage secured by a lien on debtor(s) real estate commonly known as 7322 West Cullom Avenue, Norridge, Illinois 60706.

6. The movant filed a claim for pre-petition arrears in the amount of $776.95.

7. The Chapter 13 plan provides that the trustee will pay Wells Fargo Bank, N.A., arrears of $0.00.

8. The Chapter 13 plan does not provide that the movant will be paid its secured claim of $776.95. Therefore, the plan does not comply with 11 U.S.C. Section 1325 (a)(5)(B).

WHEREFORE, movant prays for an order denying confirmation of the Chapter 13 plan.

Wells Fargo Bank, N.A.

By: _/s/ Crystal V. Sava
One of its Attorneys

FREEDMAN ANSLEMO LINDBERG LLC
1771 W. Diehl Road, Suite 150
Naperville, IL 60563-4947
(630) 453-6960 | (866) 402-8661 | (630) 428-4620 (fax)

**THIS COMMUNICATION IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**