**In the United States Bankruptcy Court**
**Northern District of Illinois, Eastern Division**

| | | |
|---|---|---|
| In re: | ) | Case 14-25112 |
|    Maciej & Edyta Kwiek, | ) | Chapter 13 |
|                      Debtor(s). | ) | Judge Pamela S. Hollis |

### Notice of Motion

The following parties have been served electronically:
- U.S. Trustee
- Chapter 13 Trustee

The following parties have been served via USPS first class mail, proper postage prepaid:
- Maciej & Edyta Kwiek, 7322 W Cullom Ave, Norridge, IL 60706
- Bank of America, NA, Mailstop TX2-982-03-03, 7105 Corporate Drive PTX-B-209, Plano, TX 75024

The following parties have been served via **certified** USPS first class mail, proper postage prepaid:
- Bank of America, NA, Attn: Brian Moynihan, CEO, 100 North Tryon Street
- Charlotte, NC 28202

Please take notice that I shall appear before the named Bankruptcy Judge, or any other Judge presiding, at 219 S. Dearborn, Chicago, IL 60602, or other place posted, and present the attached **Motion to Determine Value of Lien**, at which time and place you may appear:

| Judge: | Pamela S. Hollis | Courtroom: | 644 |
|---|---|---|---|
| Date: | October 22, 2014 | Time: | 10:30am |

                                             /s/   Charles H. Shepard, Jr.
                                     Charles H. Shepard, Jr., ARDC 6297615
                                           Attorney for the Debtor(s)

### Certificate of Service

The undersigned certifies that copies of this Notice and attachments were served to the persons or entities indicated above, in the manner indicated, if service by mail, by depositing same in the U.S. Mail at 3478 S Archer Ave, Chicago, IL 60608, before 5:00pm on 9/25/2014 with proper postage prepaid.

                                         /s/   Charles H. Shepard, Jr.
                                     Charles H. Shepard, Jr., ARDC 6297615
                                         Attorney for the Debtor(s)

Vernor Moran, LLC
27 N. Wacker Drive, Suite 2000
Chicago, IL 60606-2800
312-264-4460

**In the United States Bankruptcy Court**
**Northern District of Illinois, Eastern Division**

| | | |
|---|---|---|
| In re: | ) | Case 14-25112 |
| Maciej & Edyta Kwiek, | ) | Chapter 13 |
| Debtor(s). | ) | Judge Pamela S. Hollis |

**Motion to Determine Value of Claim Secured by Lien.**

Now come Debtors Maciej & Edyta Kwiek, by and through attorney Charles H. Shepard, Jr., and Vernor Moran, LLC, and for this Motion to Determine value of Claim Secured by Lien, states as follows:

1. Debtors filed a voluntary petition under Chapter 13 of Title 11, U.S.C., on 7/08/2014. Marilyn Marshall was appointed trustee in this case. Debtors' Chapter 13 plan has not been confirmed.

2. Debtors are the owners of certain real property commonly known as 7322 W Cullom Ave, Norridge, IL 60706. The value of the property is $210,000, based on a recent CMA prepared by a licensed real estate broker.

3. The property is subject to two mortgages. The first mortgage, held or serviced by Wells Fargo, has a balance of $217,939.86, as indicated by Proof of Claim 3. The second mortgage, held by Bank of America, has a balance of $51,227.64, as indicated by Proof of Claim 7.

4. Section E(3.2) of the plan provides for the junior mortgage of Bank of America to be treated as an unsecured claim. Section G of the plan provides as follows:

> The lien of Bank of America, as successor in interest to LaSalle Bank, recorded as document #0726215138, on the real property commonly known as 7322 W Cullom Ave, Norridge, IL 60706, PIN 12-13-403-032-0000, is unsecured by any value and shall be treated as and paid as a general, unsecured claim pursuant to Section E(3.2) of the plan. Upon completion and discharge in this case, the lien shall be void and the creditor, or its successors or assigns, shall provide a release of the lien. The order confirming the Chapter 13, the Chapter 13 plan, and the bankruptcy discharge order taken together shall constitute a release of the lien and when recorded shall have that effect.

5. The first mortgage claim is greater than value of the property; as such, the junior

mortgage claim has no secured value.

6.      Pursuant to 11 U.S.C. § 506(a) and F.R.B.P. 3012, Debtor requests this Court enter an order valuing the secured portion of the claim at $0.00 and providing for the junior mortgage claim of Bank of America to be treated as an unsecured claim for the purposes of the Chapter 13 plan.

Wherefore, Debtor requests this Court enter an order valuing the secured claim of Bank of America at $0.00.

Respectfully Submitted,

/s/     Charles H. Shepard, Jr.
Charles H. Shepard, Jr., ARDC 6297615
Attorney for the Debtor(s)

Vernor Moran, LLC
27 N. Wacker Drive, Suite 2000
Chicago, IL 60606-2800
312-264-4460