APPEARANCE

## United States Bankruptcy Court

For the  __Northern__  District of  __Illinois__

In re Sylwia Krystyna Mikolajczyk    )
                                     )   Case No. 13-45167
                                     )
                                     )

I, THE UNDERSIGNED, HEREBY FILE MY APPEARANCE AS ATTORNEY FOR

Sylwia Krystyna Mikolajczyk

---

| Nicholas C. Kefalos | Vernor Moran, LLC |
|---|---|
| Print Name on this Line | Firm Name |
| s/Nicholas C. Kefalos | FIRM ID NUMBER: |
| Signature | 27 North Wacker Drive, Suite 2000 |
| ATTORNEY ID NUMBER    6270051 | Street Address |
| | Chicago          IL          60606-2800 |
| | City            State          Zip |
| | Telephone    (312) 264-4460 |

Trial Attorneys*

__Nicholas C. Kefalos__
Print Name

*Request is made for trial attorney to avoid possible conflicts in scheduling.

DATED:    April 15, 2014

TYPE OF DEFENSE COUNSEL:

CJA _____ ,RETAINED _____ ,SELF _____ ,NONE OTHER _____ ,PUB DEF _____

FOR OFFICE USE ONLY:

Party Code: P _____   D _____   TP _____